# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 5, 2014, the cause upon appeal to revise or reverse your judgment between

Methodist Healthcare System of SA, Ltd, LLP d/b/a Northeast Methodist Hospital, Appellant

V.

Thomas Dewey, Appellee

No. 04-13-00277-CV and Tr. Ct. No. 2012-CI-12676

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**It is ordered that appellee Thomas Dewey recover his costs of this appeal from appellant Methodist Healthcare System of San Antonio, Ltd., LLP.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00277-CV

**Methodist Healthcare System of SA, Ltd, LLP d/b/a Northeast Methodist Hospital**

**v.**

**Thomas Dewey**

(NO. 2012-CI-12676 IN 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | LANGLEY & BANACK |
| MOTION FEE | $15.00 | E-PAID | ROBINSONS RAMSEY |
| MOTION FEE | $10.00 | E-PAID | J. TODD MALAISE |
| SUPPLEMENTAL CLERK'S RECORD | $13.00 | PAID | LAURA  PENA |
| MOTION FEE | $10.00 | E-PAID | J. TODD MALAISE |
| CLERK'S RECORD | $54.00 | PAID | LAURA  PENA |
| FILING | $100.00 | E-PAID | LANGLEY BANACK |
| INDIGENCY FILING FEE | $25.00 | E-PAID | LANGLEY BANACK |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | LANGLEY BANACK |
| REPORTER'S RECORD | $75.00 | PAID | CRAIG  CARTER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853